1  **Heather N. Seigler, Esq. (SBN 281901)**
   **David Viray, Esq. (SBN 353309)**
2  **BURGER, MEYER & D'ANGELO, LLP**
   999 Corporate Drive, Suite 225
3  Ladera Ranch, CA 92694
   Telephone:  (949) 427-1888
4  Facsimile:   (949) 427-1889
   Email: bdangelo@burgermeyer.com
5         hseigler@burgermeyer.com

6  Attorneys for Defendant
   WALMART, INC.
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Daggett, | Case No.: 5:25-cv-01727 JGB (DTBx) |
| --- | --- |
| Plaintiff, | District Judge: Jesus G. Bernal |
| | Magistrate Judge: David T. Bristow |
| vs. | |
| Walmart, Inc.; and DOES 1 through 100, Inclusive | [PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER |
| Defendants. | |
| | Removal Filed: July 10, 2025 |
| | Trial Date:    None Set. |

GOOD CAUSE APPEARING for the order set forth below, this Court hereby orders that the foregoing Stipulation and Protective Order shall become the order of this Court henceforth.

**IT IS SO ORDERED.**

Dated:  9/18/2025

_____
Judge of the Central District of California